No. 23-15992

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

FEDERAL TRADE COMMISSION,
*Plaintiff-Appellant,*

v.

MICROSOFT CORP., and
ACTIVISION BLIZZARD, INC.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of California
No. 3:23-cv-2880
(Hon. Jacqueline Scott Corley, U.S. Distr. J.)

# EXCERPTS OF RECORD OF THE FEDERAL TRADE COMMISSION INDEX VOLUME

HOLLY VEDOVA
*Director*

JOHN NEWMAN
*Deputy Director*

SHAOUL SUSSMAN
*Associate Director for Litigation*

JAMES H. WEINGARTEN
PEGGY BAYER FEMENELLA
JAMES ABELL
CEM AKLEMAN
MEREDITH R. LEVERT
JENNIFER FLEURY
*Attorneys*

BUREAU OF COMPETITION

ANISHA S. DASGUPTA
*General Counsel*

MARIEL GOETZ
*Acting Director of Litigation*

IMAD D. ABYAD
*Attorney*

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-3579
iabyad@ftc.gov

# EXCERPTS OF RECORD INDEX

| | Volume 1 – Public | |
|---|---|---|
| **ECF No.** | **Document Description** | **ER Page #** |
| 327 | Preliminary Injunction Opinion – Final Redacted Version | 2 |

| | Volume 2 – Public | |
|---|---|---|
| **ECF No.** | **Document Description** | **ER Page #** |
| N/A | Federal Trade Commission Order Withdrawing from Adjudication | 56 |
| 276 | Transcripts of Evidentiary Hearing Proceedings – Day 5 | 57 |
| 276 | Transcripts of Evidentiary Hearing Proceedings – Day 4 | 78 |
| 276 | Transcripts of Evidentiary Hearing Proceedings – Day 2 | 111 |
| 276 | Transcripts of Evidentiary Hearing Proceedings – Day 1 | 143 |
| 182 | PX 9192 – Microsoft Presentation at Jefferies Conference | 154 |
| 182 | PX 9171 – Microsoft FY23 First Quarter Earnings Call | 174 |
| 182 | PX 9091- Choudhry Article | 176 |
| 182 | PX 9050 – Microsoft FY 2022 10-K | 182 |
| 182 | PX 9012 – Microsoft Q4 2021 Earnings Call | 185 |
| 182 | PX 7069 – Pre-Trial Hearing Transcript | 187 |
| 182 | PX 3378 – James Ryan Deposition Transcript | 190 |
| N/A | Federal Trade Commission Administrative Part 3 Complaint | 195 |
| 307 | Plaintiffs' Notice of Appeal | 218 |
| N/A | District Court Docket Sheet | 223 |

| ECF No. | Document Description | ER Page # |
|---|---|---|
|  Volume 3 – Under Seal | | |
| 309 | Federal Trade Commission's Proposed Findings of Facts and Conclusions of Law | 271 |
| 275 | Transcript of Sealed Evidentiary Hearing Proceedings – Day Two | 284 |
| 226-2 | Direct Testimony of Robin S. Lee, PhD | 291 |
| 182 | PX 9036 – EC Regulation Merger Procedure | 293 |
| 182 | PX 8001 – SIE Declaration to FTC on Microsoft | 295 |
| 182 | PX 8000 – Declaration of Phil Eisler | 313 |
| 182 | PX 7065 – Deposition Transcript of Steven Singer | 328 |
| 182 | PX 7060 – Deposition Transcript of Phil Eisler | 332 |
| 182 | PX 7055 – Deposition Transcript of Lori Wright | 334 |
| 182 | PX 7053 – Deposition Transcript of James Ryan | 339 |
| 182 | PX 7050 – Deposition Transcript of Kareem Choudhry | 347 |
| 182 | PX 7035 – Deposition Transcript of Bobby Kotick | 349 |
| 182 | PX 7031 – Deposition Transcript of Aaron Greenberg | 351 |
| 182 | PX 7028 – Deposition Transcript of Phil Spencer | 353 |
| 182 | PX 7014 – Investigational Hearing Transcript of Matthew Booty | 357 |
| 182 | PX 7012 – Investigational Hearing of Phil Spencer | 360 |
| 182 | PX 7007 – Investigational Hearing Transcript of Tim Stuart | 362 |
| 182 | PX 7006 – Investigational Hearing Transcript of Bobby Kotick | 365 |
| 182 | PX 5000 – Corrected Expert Report of Robin S. Lee, PhD | 371 |
| 182 | PX 4671 – Matthew Booty Email | 380 |
| 182 | PX 4472 – Tim Stuart Email | 381 |
| 182 | PX 4359 – Jamie Lawver Email | 382 |
| 182 | PX 4351 – Noah Musler Email | 386 |

| | | |
|---|---|---|
| 182 | PX 4334 – Jamie Lawver Chat | 389 |
| 182 | PX 4309 – Jamie Lawver Chat | 393 |
| 182 | PX 3381 – Phil Eiser Deposition Designations | 396 |
| 182 | PX 3378 – James Ryan Deposition Designations | 404 |
| 182 | PX 3206 – Luna Document | 408 |
| 182 | PX 3104 – Nvidia Presentation on Microsoft-Activision Merger | 410 |
| 182 | PX 2421 – Switch NG Executive Summary | 414 |
| 182 | PX 2419 – Microsoft/Sony Negotiations Presentation | 417 |
| 182 | PX 2189 – Sony-Activision Call of Duty Letter Agreement | 419 |
| 182 | PX 1785 – Microsoft Activision Presentation | 421 |
| 182 | PX 1781 – Nvidia GeForce Now Listing Agreement | 423 |
| 182 | PX 1777 – Strategy Review Presentation | 427 |
| 182 | PX 1651 – Microsoft-ZeniMax EC Notification | 433 |
| 182 | PX 1638 – CSA Presentation | 439 |
| 182 | PX 1516 – Gaming Close Review | 441 |
| 182 | PX 1486 – Matthew Booty Email | 445 |
| 182 | PX 1471 – Project Neutrino Presentation | 448 |
| 182 | PX 1110 – Gaming Board Presentation | 451 |
| 182 | PX 1087 – Aaron Greenberg Email | 453 |
| 182 | PX 1065 – Strategy Overview | 455 |
| 182 | PX 1015 – Parity Conditions | 457 |
| 182 | PX 0070 – Microsoft's Response to FTC's Request for Admission | 458 |
| 182 | PX 0027 – Microsoft's Approach Following Acquisitions | 460 |
| 182 | PX 0006 – EC Notification of Concentration | 464 |
| 182 | PX 0003 – Microsoft Proposed Acquisition of Activision | 468 |
| 182 | RX 5056 – Expert Report of Dennis Carlton | 480 |

| 182 | RX 3027 – Cloud Gaming Letter of Intent | 484 |
|---|---|---|
| 182 | RX 1245 – Microsoft Cloud Gaming License Agreement Emails | 488 |
| 182 | RX 1222 – Cloud Gaming License Agreement | 497 |
| 182 | RX 1221 – Cloud Gaming License Agreement | 507 |
| 182 | RX 1212 – Call of Duty Nintendo Switch License Distribution Letter | 514 |
| 182 | RX 1211 – Nvidia GeForce Now Listing Agreement | 518 |
| 180-3 | Exhibit A – Nvidia and Nintendo Meet and Confer Email | 534 |
| 7 | FTC Emergency Motion for Temporary Restraining Order | 540 |
| 1 | FTC Complaint for Temporary Restraining Order | 547 |