| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | AUG 25 2023 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FEDERAL TRADE COMMISSION,

        Plaintiff-Appellant,

 v.

MICROSOFT CORPORATION; ACTIVISION BLIZZARD, INC.,

        Defendants-Appellees.

No.   23-15992

D.C. No. 3:23-cv-02880-JSC
Northern District of California,
San Francisco

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

    Appellant's unopposed motion (Docket Entry No. 34) to file under seal the unredacted opening brief and Volume 3 of the excerpts of record is granted, subject to reconsideration by the merits panel. The Clerk will publicly file the motion to seal (Docket Entry No. 34-1) and Volumes 1 and 2 of the excerpts of record (Docket Entry No. 35). The Clerk will file under seal the unredacted opening brief (Docket Entry No. 34-2) and Volume 3 of the excerpts of record (Docket Entry No. 34-3).

    Within 21 days of this order, appellant must submit for public filing a redacted version of the opening brief that tracks the redactions in highlighted text in Docket Entry No. 34-2. The page numbering and citations in the public version

must remain the same as in the sealed version.

The existing briefing schedule remains in effect.