UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>        Defendants - Appellees. | No. 23-15992<br><br>D.C. No. 3:23-cv-02880-JSC<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

FOR THE COURT:

Robert S. Kaiser
Circuit Mediator

cl/mediation