No. 23-15992

# United States Court of Appeals for the Ninth Circuit

FEDERAL TRADE COMMISSION,
*Plaintiff-Appellant,*

v.

MICROSOFT CORP. AND ACTIVISION BLIZZARD, INC.,
*Defendants-Appellees.*

Appeal from an Order of the
U.S. District Court for the Northern District of California
No. 3:23-cv-02880-JSC, Hon. Jacqueline Scott Corley

**DEFENDANTS'-APPELLEES' SUPPLEMENTAL EXCERPTS OF RECORD INDEX VOLUME**

Jonathan E. Nuechterlein
C. Frederick Beckner III
William R. Levi
Daniel J. Hay
Lucas Croslow
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
william.levi@sidley.com

Beth Wilkinson
Rakesh N. Kilaru
  *Counsel of Record*
Anastasia M. Pastan
Jenna Pavelec
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Counsel for Defendant-Appellee Microsoft Corp.*
[Additional Counsel Listed on Inside Cover]

Steven C. Sunshine
Julia K. York
Evan Kreiner
Michael Sheerin
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
steven.sunshine@skadden.com

Grant Dixton
ACTIVISION BLIZZARD, INC.
2701 Olympic Blvd Bldg B
Santa Monica, CA 90404
Telephone: 310-255-2000
Grant.Dixton@activision.com

*Counsel for Defendant-Appellee Activision Blizzard, Inc.*

Adam B. Banks
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8419
adam.banks@weil.com

*Counsel for Defendant-Appellee Microsoft Corp.*

## SUPPLEMENTAL EXCERPTS OF RECORDS INDEX

| VOLUME I – PUBLIC | | |
|---|---|---|
| **Document Description** | **ECF #** | **SER Page** |
| Pre-Trial Hearing Transcript | 276 | 3 |
| Transcript of Evidentiary Hearing Proceedings, Day 1 | 282 | 5 |
| Transcript of Evidentiary Hearing Proceedings, Day 2 | 283 | 58 |
| Transcript of Evidentiary Hearing Proceedings, Day 3 | 284 | 128 |
| Transcript of Evidentiary Hearing Proceedings, Day 4 | 285 | 178 |
| Transcript of Evidentiary Hearing Proceedings, Day 5 | 286 | 236 |

| VOLUME II – PUBLIC | | |
|---|---|---|
| **Document Title** | **ECF #** | **SER Page** |
| Order Denying Motion for Injunction Pending Appeal | 317 | 303 |
| RX 0079 – Jim Ryan Email re: Fidelity Meeting | N/A | 304 |
| RX 5045 – Xbox Game Studios – Games on PlayStation | N/A | 314 |
| RX 5058 – Declaration of Amy Hood | N/A | 316 |

| VOLUME III – UNDER SEAL ||| 
| --- | --- | --- |
| **Document Title** | **ECF #** | **SER Page** |
| Opinion Denying Motion for Preliminary Injunction (Sealed) | 305 | 326 |
| Defendants' Proposed Findings of Fact and Conclusions of Law | 310 | 379 |
| Plaintiff's Final Proposed Findings of Fact and Conclusions of Law | 309 | 393 |
| Transcript of Evidentiary Hearing Proceedings, Day 5 (Sealed) | 286 | 402 |
| Transcript of Evidentiary Hearing Proceedings, Day 4 (Sealed) | 285 | 413 |
| Transcript of Evidentiary Hearing Proceedings, Day 3 (Sealed) | 284 | 448 |
| FTC Motion for Temporary Restraining Order | 7 | 478 |
| RX 2170 - PlayStation Global Provisional Publishing Agreement | N/A | 507 |
| RX 5055 – Expert Report of Dr. Elizabeth M. Bailey | N/A | 525 |
| PX 4319 – Jamie Lawver, Tim Stuart Chat Messages | N/A | 557 |
| PX 7053 – James Ryan Deposition, Volume I | N/A | 558 |
| PX 7060 – Phillip Eisler Deposition | N/A | 568 |