No. 23-15992

# United States Court of Appeals for the Ninth Circuit

———————

FEDERAL TRADE COMMISSION,

*Plaintiff-Appellant*,

v.

MICROSOFT CORP. AND ACTIVISION BLIZZARD, INC.,

*Defendants-Appellees*.

———————

Appeal from an Order of the
U.S. District Court for the Northern District of California
No. 3:23-cv-02880-JSC, Hon. Jacqueline Scott Corley

———————

**DEFENDANTS'-APPELLEES' MOTION AND
BRIEF IN SUPPORT OF MOTION TO FILE DOCUMENTS
UNDER SEAL PURSUANT TO CIRCUIT RULE 27-13**

———————

Jonathan E. Nuechterlein
C. Frederick Beckner III
William R. Levi
Daniel J. Hay
Lucas Croslow
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
william.levi@sidley.com

Beth Wilkinson
Rakesh N. Kilaru
 *Counsel of Record*
Anastasia M. Pastan
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com

*Counsel for Defendant-Appellee Microsoft Corp.*

[Additional Counsel Listed on Inside Cover]

Steven C. Sunshine
Julia K. York
Evan Kreiner
Michael Sheerin
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
steven.sunshine@skadden.com

Grant Dixton
ACTIVISION BLIZZARD, INC.
2701 Olympic Blvd Bldg B
Santa Monica, CA 90404
Telephone: 310-255-2000
Grant.Dixton@activision.com

*Counsel for Defendant-Appellee
Activision Blizzard, Inc.*

Adam B. Banks
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8419
adam.banks@weil.com

*Counsel for Defendant-Appellee
Microsoft Corp.*

## <u>MOTION AND BRIEF IN SUPPORT OF MOTION<br>TO FILE DOCUMENTS UNDER SEAL</u>

Defendants-Appellees Microsoft Corporation and Activision Blizzard, Inc. move pursuant to Circuit Rule 27-13 for leave to file under seal their Answering Brief, *see* Exhibit A, and Volume 3 of their Supplemental Excerpts of Record, *see* Exhibit B.

Although this Court recognizes "a strong presumption in favor of public access to documents," Circuit Rule 27-13(a), it will grant a motion to seal documents and exhibits submitted on appeal when it concludes that "compelling reasons . . . outweigh the general history of access and the public policies favoring disclosure." *United States v. Al-Nouri*, 983 F.3d 1096, 1098 (9th Cir. 2020) (quoting *Kamakana v. City & Cnty of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

Compelling reasons warrant sealing portions of Appellees' Answering Brief and Supplemental Excerpts of Record. Both contain Appellees' competitively sensitive and confidential business information, as well as that of nonparties including Sony Interactive Entertainment, Nintendo of America Inc., and NVIDIA Corporation. This information was designated as confidential and sealed pursuant to a protective order entered by the district court. *See* Dkt. 115-1

(Defendants' proposed protective order), 170, at 2 ("Defendants' proposed protective order shall govern."). Appellees and the relevant third parties also designated this information as confidential during the Federal Trade Commission's precomplaint investigation pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. The Answering Brief and Supplemental Excerpts of Record also contain information provided to the FTC subject to a confidentiality order entered by FTC Administrative Law Judge Chappell on December 9, 2022. *See In the matter of Microsoft Corp. and Activision Blizzard Inc.,* FTC Docket No. 9412.

The unredacted material in both the Answering Brief and Volume 3 of the Supplemental Excerpts of Record will benefit the Court in its review of this matter. Accordingly, Appellees seek leave to file both documents under seal.

Appellees will also file a public version of the Answering Brief redacting the portions highlighted in the unredacted version attached as Exhibit A to this motion.

## CONCLUSION

For the above reasons, Appellees request that their Answering Brief and Volume 3 of their Supplemental Excerpts of Record be filed under seal.

September 6, 2023

Respectfully submitted,

/s/ Rakesh N. Kilaru

Jonathan E. Nuechterlein
C. Frederick Beckner III
William R. Levi
Daniel J. Hay
Lucas W.E. Croslow
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
william.levi@sidley.com

*Counsel for Defendant-Appellee
Microsoft Corp.*

Steven C. Sunshine
Julia K. York
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760

Grant Dixton
ACTIVISION BLIZZARD, INC.
2701 Olympic Blvd Bldg B

Beth Wilkinson
Rakesh N. Kilaru
Anastasia M. Pastan
Jenna Pavelec
WILKINSON STEKLOFF LLP
2001 M Street, N.W., 10th Floor
Washington, D.C. 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
bwilkinson@wilkinsonstekloff.com

*Counsel for Defendant-Appellee
Microsoft Corp.*

Adam B. Banks
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8419
adam.banks@weil.com

*Counsel for Defendant-Appellee
Microsoft Corp.*

Santa Monica, CA 90404
Telephone: 310-255-2000
Grant.Dixton@activision.com

*Counsel for Defendant-Appellee*
*Activision Blizzard, Inc.*

## **CERTIFICATE OF COMPLIANCE**

This Brief complies with the type-volume limitations of Circuit Rules 27-1(1)(d) and 32-3(2) because it contains 318 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 27(a)(2)(B) and 32(f).

This Brief also complies with the typeface and type-style requirements of Federal Rule of Appellate Procedure 32(a)(5)-(6) because it has been prepared in a proportionally spaced typeface using the Microsoft Word 365 word processing system in 14-point Century Schoolbook font.

/s/     Rakesh N. Kilaru
*Counsel for Microsoft Corp.*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

| **9th Cir. Case Number(s)** | 23-15992 |
|---|---|

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are <u>NOT</u> Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

Answering Brief and Supplemental Excerpts of Record Volume 3

| **Signature** | /s/ Rakesh Kilaru | **Date** | Sep 6, 2023 |
|---|---|---|---|

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15**                                                    *Rev. 12/01/2018*