IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** *Plaintiff-Appellant*, v. **MICROSOFT CORP. and ACTIVISION BLIZZARD, INC.,** *Defendants-Appellees*. | Case No. 23-15992 **AMENDED CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 26.1, amici curiae state the following:

**Curve Games** has the following parent companies: Catalis Group; Project Sword Topco Ltd. No publicly held corporation owns 10% or more of its stock.

**Finji** has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

**iam8bit** has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

**Strange Scaffold** has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

**Wildcard Properties, LLC, d/b/a Studio Wildcard**, is a wholly owned subsidiary of SDE, Inc., which has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Dated: September 14, 2023

*s/ Melissa Arbus Sherry*
Melissa Arbus Sherry
Jonathan C. Su
Brent T. Murphy
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
(202) 637-2200

*Counsel for Amici Curiae*
*Curve Games, Finji, iam8bit, Strange Scaffold, and Studio Wildcard*