No. 23-15992

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

FEDERAL TRADE COMMISSION,
*Plaintiff-Appellant,*

v.

MICROSOFT CORP., and ACTIVISION BLIZZARD, INC.,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of California
No. 3:23-cv-2880
(Hon. Jacqueline Scott Corley, U.S. Distr. J.)

## FURTHER EXCERPTS OF RECORD OF THE FEDERAL TRADE COMMISSION INDEX VOLUME

HENRY LIU
*Director*

JOHN NEWMAN
*Deputy Director*

SHAOUL SUSSMAN
*Associate Director for Litigation*

JAMES H. WEINGARTEN
PEGGY BAYER FEMENELLA
JAMES ABELL
CEM AKLEMAN
MEREDITH R. LEVERT
JENNIFER FLEURY
*Attorneys*

BUREAU OF COMPETITION

ANISHA S. DASGUPTA
*General Counsel*

MARIEL GOETZ
*Acting Director of Litigation*

IMAD D. ABYAD
MARK S. HEGEDUS
*Attorneys*

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
(202) 326-2115
mhegedus@ftc.gov

# FURTHER EXCERPTS OF RECORD INDEX

| Volume 1 – Public | | |
|---|---|---|
| ECF No. | Document Description | FER Page # |
| 182 | PX 9003 – Document: Microsoft and Activision Blizzard Investor Call | 2 |

| Volume 2 – Under Seal | | |
|---|---|---|
| ECF No. | Document Description | FER Page # |
| 309 | FTC's Proposed Findings of Fact and Conclusions of Law | 4 |
| 283 | Transcript of Sealed Evidentiary Hearing Proceedings – Day Two | 38 |
| 224 | Direct Testimony of Robin S. Lee, PhD | 42 |
| 175 | FTC's Initial Findings of Fact and Conclusions of Law | 45 |
| 131 | FTC's Reply to Defendant's Opposition to Preliminary Injunction Motion | 62 |
| 108 | Defendant's Opposition to Preliminary Injunction Motion | 64 |
| 7 | FTC Emergency Motion for Temporary Restraining Order | 66 |
| 1 | FTC Complaint for Temporary Restraining Order | 76 |
| 182 | PX 5001 – Corrected Expert Reply Report of Robin S. Lee, PhD | 82 |
| 182 | PX 5000 – Corrected Expert Report of Robin S. Lee, PhD | 87 |
| 182 | PX 3378 – James Ryan Deposition Designations | 101 |
| 182 | PX 7031 – Deposition Transcript of Aaron Greenberg | 103 |
| 182 | PX 7011 – Investigational Hearing Transcript of Phil Spencer Vol. I | 105 |
| 182 | PX 7008 – Investigational Hearing Transcript of Chris Schnakenberg | 107 |
| 182 | PX 7007 – Investigational Hearing Transcript of Tim Stuart | 110 |
| 182 | PX 7006 – Investigational Hearing Transcript of Bobby Kotick | 113 |

| | | |
|---|---|---|
| 182 | PX 2406 – Personal Messages Between Armin Zerza and Rod Fergusson | 117 |
| 182 | PX 4341 – Email from Michael Wetter to Jamie Lawver, Tim Stuart, Ryan Cooper, et al. re: Denali - ABK Q1 2022 Earnings Press Release | 118 |
| 182 | PX 2113 – Email from Chris Schnakenberg to Ismet Kartal and Peter Royea | 119 |
| 182 | PX 2115 – Email from Chris Schnakenberg to Rana Brahma | 120 |
| 182 | PX 2396 – Email from Armin Zerza to Mike Ybarra, Daniel Alegre, et al. re: Game Pass | 121 |
| 182 | PX 1741 – Microsoft Presentation: Board of Directors - Activision Blizzard | 122 |
| N/A | PX 4743 – Addendum #2 to the Xbox Console Publisher License Agreement | 123 |
| 182 | PX 1966 – Chat Between Aaron Greenberg and Others | 124 |
| 182 | PX 1070 – Presentation: The Future of Xbox Experiences: Developer Ecosystem | 125 |
| 182 | PX 4007 – Email from Phil Spencer to Jerret West and Matt Booty re: FY 20 GP Revenue Impact Memo | 126 |
| 182 | PX 2138 – Email from Armin Zerza to Bobby Kotick, Dennis Durkin, Coddy Johnson, et al. re: MSFT | 127 |