UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 04 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC.,<br><br>Defendants - Appellees. | No. 23-15992<br><br>D.C. No. 3:23-cv-02880-JSC<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

The redacted answering brief submitted on September 6, 2023 by Microsoft Corporation and Activision Blizzard, Inc. is filed. No paper copies of the redacted brief are required.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT