UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| FEDERAL TRADE COMMISSION, Plaintiff - Appellant, v. MICROSOFT CORPORATION and ACTIVISION BLIZZARD, INC., Defendants - Appellees. | No. 23-15992 D.C. No. 3:23-cv-02880-JSC U.S. District Court for Northern California, San Francisco **ORDER** |

The redacted reply brief submitted on November 13, 2023 by Federal Trade Commission is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT